```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ORDER

        -v.-                      :    08 Cr. 268 (NRB)

HAROLD LOPEZ CASTRO,              :

                                  :
        Defendant.
                                  :
- - - - - - - - - - - - - - - - - - - -x
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/9/08

    The CJA Attorney assigned to this case, Daniel Nobel, is hereby ordered substituted and the representation of the defendant in the above-captioned matter is assigned to Sam Schmidt, nunc pro tunc June 3, 2008.

Dated: June 9, 2008

SO ORDERED

*(signature)*
Naomi Reice Buchwald
United States District Judge