**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 23, 2008

Honorable Naomi R. Buchwald (By FAX)
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2270
New York, NY 10007


RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
JUN 23 2008
UNITED STATES DISTRICT JUDGE

Re:   United States v. Harold Lopez-Castro, a/k/a "Bogotano,"
      08 Cr. 268(NRB)

Dear Judge Buchwald:

The Government respectfully requests that the Court reschedule the next pre-trial conference in the above-captioned case, currently scheduled for July 1, 2008, for July 18, 2008, at 3:30 p.m. At the defendant's request, the Court recently substituted counsel. Given the change in counsel, the parties have reinitiated discussion of a possible disposition of the case. The Government therefore also requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. 3161 et seq., until the July 18, 2008, pre-trial conference, in the interests of justice.

So Ordered
Naomi Reice Buchwald
USDJ
6/26/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
RANDALL W. JACKSON
Assistant United States Attorney
Tel: (212) 637-1029
Fax: (212) 637-2937

cc:  SAM A. SCHMIDT
     Attorney for the defendant
     Fax: (212) 346-4665